IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HENRY PRATT aka Edward Young Running Crane,<br><br>Defendant. | CR 13–40–GF–DLC<br><br>ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter on July 2, 2013. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept Edward Henry Pratt's guilty

1

plea after Pratt appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), as set forth in the Indictment. Defendant further agrees to the forfeiture of a Savage/Springfield model 67 series E., 12 gauge, pump-action shotgun (serial number: C445712) as specified in the Plea Agreement. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I, II, and III of the Indictment previously filed in this matter.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 21), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Edward Henry Pratt's motion to change plea (doc. 14) is GRANTED.

DATED this 29th day of July 2013.

_____
Dana L. Christensen, Chief District Judge
United States District Court